IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| MICHAEL GREEN ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action |
| v. ) | File No.  4:14-cv-00110-HLM-WEJ |
| ) | |
| FLUOR CORPORATION, ) | |
| ) | **JURY TRIAL DEMANDED** |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW Plaintiff Michael Green, ("Plaintiff" or "Mr. Green"), pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), and hereby voluntarily dismisses all claims he has asserted against Defendant in the above-captioned civil action, without prejudice.

Respectfully submitted this 19th day of August 2014

/s/ Robert C.D. McDonald
Georgia Bar No. 489600
Attorney for Plaintiff

Law Offices of Robert C.D. McDonald
6340 Sugarloaf Parkway, Suite 200
Duluth, Georgia 30097
(770) 662-1550 - Telephone
(770) 662-1561 - Fax
rmcdonaldlaw@ceocenters.com